IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Gerry Ruff-El, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00383 |
| v. | : | Judge Smith |
| Capital Recovery Systems, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

## Order

Plaintiff Gerry Ruff-El's August 23, 2012 motion for Clerk to enter default judgment (doc. 11) is DENIED. Defendant filed a timely answer to plaintiff's complaint on August 14, 2012. *See* doc. 7.

s/ Mark R. Abel
United States Magistrate Judge