IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Gerry Ruff-El, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00383 |
| v. | : | Judge Smith |
| Capital Recovery Systems, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

# Order

Defendant Capital Recovery Systems, Inc.'s February 28, 2013 motion to extend the discovery and dispositive motion deadlines (doc. 20) is GRANTED. Discovery must be completed by March 30, 2013 and dispositive motions must be filed on or before April 30, 2013.

Defendant's January 14, 2013 unopposed motion to compel plaintiff to respond to defendant's discovery requests (doc. 18) is GRANTED. Plaintiff is ORDERED to provide complete responses to defendant's first set of interrogatories and requests for production of documents within fourteen (14) days of the date of this Order. Failure to comply with this Order may result in sanctions, which include:

> (i) directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims;

(ii) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence;

(iii) striking pleadings in whole or in part;

(iv) staying further proceedings until the order is obeyed;

(v) dismissing the action or proceeding in whole or in part;

(vi) rendering a default judgment against the disobedient party; or

(vii) treating as contempt of court the failure to obey any order except an order to submit to a physical or mental examination.

Fed. R. Civ. P. 37(b).

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the District Judge.  The motion must specifically designate the Order, or part thereof, in question and the basis for any objection thereto.  The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

s/Mark R. Abel
United States Magistrate Judge